**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ADCONION MEDIA, INC., et al.,<br><br>　　　　　　　Defendants. | C. A. No. 11-799-HB |

**NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT SAMSUNG SDS AMERICA, INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby voluntarily dismisses its claims in this action as to defendant Samsung SDS America, Inc. without prejudice.

October 28, 2011

OF COUNSEL:

**SNR DENTON US LLP**
Mark L. Hogge
Shailendra Maheshwari
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
mark.hogge@snrdenton.com
shailendra.maheshwari@snrdenton.com
(202) 408-6400

Basheer Y. Ghorayeb
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858
basheer.ghorayeb@snrdenton.com
T: (214) 259-0900

**BAYARD, P.A.**

 /s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Parallel Iron, LLC*