**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADCONION MEDIA, INC., et al.,<br><br>　　　　　　Defendants. | C. A. No. 11-799-HB |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**
**ADCONION MEDIA, INC., ADGOOROO, LLC, AND JIWARE, INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby voluntarily dismisses its claims in this action as to defendants Adconion Media Inc., Adgooroo, LLC and JiWare, Inc. with prejudice.

| | |
|---|---|
| November 11, 2011<br>OF COUNSEL:<br><br>**SNR DENTON US LLP**<br>Mark L. Hogge<br>Shailendra Maheshwari<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005-3364<br>mark.hogge@snrdenton.com<br>shailendra.maheshwari@snrdenton.com<br>(202) 408-6400<br><br>Basheer Y. Ghorayeb<br>2000 McKinney Avenue<br>Suite 1900<br>Dallas, TX 75201-1858<br>basheer.ghorayeb@snrdenton.com<br>T: (214) 259-0900 | **BAYARD, P.A.**<br><br> */s/ Stephen B. Brauerman (sb4952)*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>(302) 655-5000<br><br>*Attorneys for Plaintiff Parallel Iron, LLC* |