**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ADCONION MEDIA, INC., et al.,<br><br>        Defendants. | C. A. No. 11-799-HB |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, subject to the approval of the Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby stipulates and agrees to the dismissal, with prejudice, of all claims in the above action against Defendant Twitter Inc.  The parties shall bear their own costs and attorneys' fees.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman*<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>(302) 655-5000<br><br>*Attorneys for Plaintiff Parallel Iron, LLC* | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendant Twitter Inc.* |

November 11, 2011

       IT IS SO ORDERED this ___ day of _____, 2011

                                        _____
                                          United States District Judge