IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>ADCONION MEDIA, INC., et al.,<br><br>         Defendants. | C. A. No. 11-799-HB |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, subject to the approval of the Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby stipulates and agrees to the dismissal, with prejudice, of all claims in the above action against Defendant GroupOn Inc.  The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS JAMES LLP |
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>(302) 655-5000<br><br>*Attorneys for Plaintiff Parallel Iron, LLC* | /s/ Richard Herrmann<br>Richard Herrmann (#405)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>rherrmann@morrisjames.com<br>(302) 888-6800<br><br>*Attorneys for Defendant GroupOn Inc.* |

November 11, 2011

          IT IS SO ORDERED this ___ day of _____, 2011

                              _____
                                    United States District Judge