**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADCONION MEDIA, INC., et al., <br><br> Defendants. | C. A. No. 11-799-HB |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, subject to the approval of the Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby stipulates and agrees to the dismissal, without prejudice, of all claims in the above action against Defendant SRA International Inc. The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) <br> Stephen B. Brauerman (sb4952) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> (302) 655-5000 <br><br> *Attorneys for Plaintiff Parallel Iron, LLC* | */s/ James L. Higgins* <br> Karen L. Pascale (#2903) <br> James L Higgins (#5021) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (301) 571-6600 <br> kpascale@ycst.com <br><br> *Attorneys for Defendant SRA International Inc.* |

November 22, 2011

IT IS SO ORDERED this ___ day of _____, 2011

_____
United States District Judge