IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ADCONION MEDIA, INC., et al.,<br><br>        Defendants. | C. A. No. 11-799-RGA |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, subject to the approval of the Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby stipulates and agrees to the dismissal, without prejudice, of all claims in the above action against Defendant Hulu, LLC.  The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (rk0922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (sb4952) | Rodger D. Smith II (#3778) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE  19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (301) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |
| *Attorneys for Plaintiff Parallel Iron, LLC* | *Attorneys for Defendant Hulu, LLC* |

January 17, 2012

1

IT IS SO ORDERED this ___ day of _____, 2012.

                                                   _____
                                                   United States District Judge